UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KRISTIN FRYE,

    Plaintiff,

        v.

DONALDSON COMPANY, INC.,

    Defendant.

Case No.: 1:21-cv-03070-SEB-DLP

## NOTICE OF SETTLEMENT

Come now, Plaintiff and Defendant, both by counsel, and notify the Court that this matter

has been resolved and a settlement agreement has been reached between the parties. The parties

are currently in the process of executing the appropriate agreements and settlement paperwork

and, upon completing the same, will promptly execute and cause to be filed a Stipulation of

Dismissal with the Court. The parties therefore request that the Court vacate the upcoming

settlement conference scheduled for November 3, 2022.


    Respectfully submitted,


/s/ Matthew E. Hobson

**Matthew E. Hobson**
STEWART & STEWART
931 S. Rangeline Rd.
Carmel, Indiana 46032

*Attorney for Plaintiff*

/s/Alice D. Kirkland

**Alice D. Kirkland (Bar No. 0396554)**
LITTLER MENDELSON, P.C.
80 South Eighth Street, Suite 1300
Minneapolis, MN 55402

*Attorney for Defendant*